# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHNSON,<br><br>   Petitioner,<br><br>   v.<br><br>W.L. MUNIZ, Warden,<br><br>   Respondent. | Case No. CV 14-8319 RGK (MRW)<br><br>JUDGMENT |

  Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

  IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 6/8/15

            */s/ Gary Klausner*
            _____
            HON. R. GARY KLAUSNER
            UNITED STATES DISTRICT JUDGE